**Opinion issued February 10, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-25-00376-CV

———————————————

## VALERIE SIMMONS, STANLEY SIMMONS, AND SHAMAR SIMMONS, Appellants

### V.

## VIRGINIA STEVENSON, Appellee

---

**On Appeal from the County Court at Law No. 3 & Probate Court
Brazoria County, Texas
Trial Court Case No. CI68543**

---

### MEMORANDUM OPINION

Appellants' brief was due to be filed on September 29, 2025. On October 17, 2025, the Court issued a notice informing appellants that the appeal might be dismissed unless they filed a brief or a motion for extension within 10 days of the date of the notice. Appellants did not respond to the Court's notice.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.